UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

In re

**MISCELLANEOUS NO.** __2:08-0131__

### GENERAL ORDER REGARDING TEMPORARY EXEMPTION FROM ELECTRONIC PUBLIC ACCESS FEES (PACER)

Consistent with Judicial Conference policy, courts may, upon a showing of cause, exempt indigents, bankruptcy case trustees, individual researchers associated with educational institutions, courts, section 501(c)(3) not-for-profit organizations, court appointed pro bono attorneys, and pro bono ADR neutrals from a fee for electronic access to Court data.

This Court has considered the request from Kimberley R. Fields, Mass Litigation Manager for the West Virginia Supreme Court of Appeals, seeking an exemption from PACER fees for an extended period of time in order to easily and appropriately monitor the federal Multi-District Litigation Digitek cases filed in the Southern District of West Virginia. The exemption would result in easier and more efficient coordination between the federal and state Digitek cases.

In order to avoid unreasonable burdens and to promote public access to information and consistent with Judicial Conference policy, it is, therefore, ORDERED that Kimberly R. Fields be granted an exemption from the fees for electronic access to court data (PACER) for the period November 13, 2008, through December 31, 2009.

The Clerk is directed to send a copy of this Order to the PACER Service Center.

ENTERED: November 13, 2008

Joseph R. Goodwin, Chief Judge